**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARILYN LOVE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:25-cv-02241-SHL-tmp |
| LELAND DUDEK, Acting Commissioner | ) | |
| of Social Security, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Before the Court is Magistrate Tu M. Pham's Report and Recommendation ("R&R"), filed March 30, 2026, on Plaintiff Marilyn Love's Motion for Award of Attorney's Fees Under EAJA. (ECF No. 30.) On February 23, the Court, adopting a previous R&R, reversed and remanded the decision of the Commissioner of Social Security denying benefits to Love. (ECF No. 25.) On March 24, Love filed this motion for attorney's fees under the Equal Access to Justice Act ["EAJA"]. (ECF No. 27.) Before filing that motion, the Parties conferred and agreed to a payment of $8,000 in attorney's fees. (Id. at PageID 2761; ECF No. 29 at PageID 2794.) Love initially requested another $405 in costs for the filing fee but has since withdrawn that request because she was excused from paying the filing fee. (ECF No. 29; see also ECF No. 11 (granting motion to proceed in forma pauperis).)

The R&R recommends that Love be awarded $8,000 in attorney's fees. (ECF No. 30 at PageID 2800.) The Magistrate Judge reasons that Love has satisfied the requirements of the EAJA and that the requested attorney's fees are reasonable. (Id. at PageID 2798–800.)

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for a disposition. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being

served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the R&R and **GRANTS** Plaintiff's Motion for Award of Attorney's Fees Under EAJA.

**IT IS SO ORDERED,** this 28th day of July, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE